**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **FAGNANI,** | |
| **Plaintiff,** | |
| -against- | |
| **LJULJA BEAUTY, INC.,** | |
| **Defendant.** | |

**25-cv-1709 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five (45) days. All deadlines are adjourned *sine die.*

**SO ORDERED.**

Dated:   May 9, 2025
              New York, New York

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**